**Order entered April 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00361-CV

## IN THE INTEREST OF N.E., A MINOR

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-13599-Z**

## ORDER

Because this is an accelerated appeal, we **GRANT** court reporter Glenda E. Finkley's request for additional time to file record to the extent we **ORDER** the reporter's record be filed no later than April 20, 2015. *See* TEX. R. APP. P. 4.1, 28.4(b)(2), 35.3(c).


/s/     CRAIG STODDART
        JUSTICE